Alvin Wilson
6037 E Dodge Rd
Mount Morris, MI 48458
810-287-8568
mrfidlsticks@gmail.com

Re:  Letter of Support for Case Number 20-cv-05023 Joseph Waske's Motion to Reconsider and to Vacate Judgment

Dear Judge Abrams,

I am a shareholder of the LBHI Capital Trust 3-6 preference shares. Like Joseph Waske, Rex Wu and all the shareholders, I was harmed by the expungement and disallowance of our Capital Trusts' Subordinated Guarantees that was petitioned by the Plan Administrator on behalf of LBHI.

I was a joinder to the Motion to Compel the Annual Covenant Certificates (Docket #60984 SDNY Bankruptcy Court) from our Trustee which would have required our Trustee to guarantee that our trusts are in compliance with our Trust Executory Contracts. Because of the disallowance and expungement of the Guarantees, LBHI was not required to request the Covenant protection's annual written notice of compliance from our Trustee. They failed to do so for over 10 years. The expungement led to the motion to be dismissed because the Subordinated Guarantees were disallowance that was order by the Honorable Judge Peck.

Myself and all the joinders in all the motions filed on behalf of the CTs are no longer allowed to file any more motions to challenge the wrongful disallowance of the Subordinated Guarantees. We lost all the motions in bankruptcy court because the Subordinated Guarantees were expunged and disallowed. The Subordinated Guarantee would have allowed us the right to enforce the Guarantee Provisions.

Rex Wu on his Motion to Reconsider (Case # 20-cv-05823) suggests that there is fraud. If the Subordinated Guarantees were expunged because of Fraud or manipulation, I request the court to grant both Motions to Reconsiders and hold those who perpetrate any wrongdoings accountable.

Thank you,

Respectfully Submitted,

/s/

June 14th, 2022

Alvin Wilson