Joseph J. Waske
Pro Se
168 Alienta Ln.
Rancho Mission Viejo, CA 92694
949-517-8330
jwnoble3@yahoo.com


The Honorable Ronnie Abrams
The United States District Court of the Southern District of New York
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

**RE: Lehman Brothers Holdings Inc., Appellee failure to respond to motion served from Joseph J. Waske, Appellant**

---

Dear Honorable Judge Abrams:

Lehman Brothers Holdings Inc. was served with the Appellant's motion for Reconsideration and/or to Vacate Judgment (20-cv-05083, Docket #10) on June 8th, 2022. It has been thirty days since Appellee was served and Lehman Brothers Holdings Inc. has not responded. The Plan Administrator is required to file a timely response upon the service of the motion and more than thirty days have passed. Please grant the request to vacate the judgment.

Respectfully Submitted,
Dated this 7th day of July, 2022

Joseph J. Waske
Pro Se
168 Alienta Ln.
Rancho Mission Viejo, CA 92694