Rex Wu
6315 N Campbell Ave
Chicago, IL 60659
312-785-0348
rex_wu@live.com

August 26, 2022

The Honorable Ronnie Abrams
Thurgood Marshall, United States Courthouse
40 Foley Square
New York, NY 10017

    Re:  Letter of Support for Case Number 20-cv-05083 Motion to Reconsider and to Vacate Judgement

Honorable Judge Abrams:

I am writing to express my support for Joseph Waske's Motion to Reconsider and to Vacate Judgement.  All preferred shareholders of the LBHI Capital Trusts III, IV, V and VI have standing to sue LBHI regardless if the Subordinated Guarantee(s) are expunged or not.

**Indenture Event of Default**

Quote:

> Despite the foregoing, if a trust enforcement event has occurred and is continuing and such event is attributable to the failure of Lehman Brothers Holdings to pay interest or principal on the junior subordinated debt securities when such interest or principal is payable, Lehman Brothers Holdings acknowledges that, in such event, a holder of preferred securities may sue for payment. Lehman Brothers Holdings may not amend the indenture to remove this right to bring a direct action without the prior written consent of all of the holders of preferred securities.

End Quote:

Respectfully,

_____/s/ Rex Wu_____

Rex Wu